# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 1, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

154716(26)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                                 SC: 154716
                                                 COA: 333566

KEVIN LAMAR HILL,
         Defendant-Appellant.
                                                 Wayne CC: 11-005203-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's January 3, 2018 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 1, 2018



Clerk

s0423